IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

FRANK RANDALL RICHARDSON                              PLAINTIFF

V.                            NO. 10-5025

MICHAEL J. ASTRUE,
Commissioner of Social Security                       DEFENDANT

## J U D G M E N T

For reasons stated in the Memorandum Opinion of this date, the Court hereby affirms the

decision of the ALJ.  **The parties have sixty days from entry of the judgment on the docket**

**in which to appeal.**

IT IS SO ORDERED AND ADJUDGED this 2nd day of March, 2011.


/s/ *Erin L. Setser*
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE